UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM SETTLES,**
as Personal Representative of the
Estate of Selena Settles and as
Next of Kin**,**
4922 4th Street, N.W.
Washington, D.C.  20011

                Plaintiff,

            v.                      Civil  Action  No. 05-1361 (JR)

**UNITED STATES OF AMERICA,**
c/oAlberto Gonzales, Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

                Defendant.

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C.  20530
(202) 307-2332