UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William Settles, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA 05-1361(JR) |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

The United States, by and through its attorneys, Kenneth L. Wainstein, United States Attorney for the District of Columbia, and Charlotte A. Abel, Assistant United States Attorney, move for an extension of time in which to answer or otherwise respond to the amended complaint.  The grounds for the motion are set forth in detail in the accompanying memorandum of points and authorities.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

_____
R. CRAIG LAWRENCE
D.C. Bar No. 171538
Assistant United States Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Settles,              )
                              )
    Plaintiff,                )
                              )
        v.                    )   CA 05-1361(JR)
United States of America,     )
                              )
    Defendant.                )
                              )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), for good cause shown, moves for an enlargement of time in which to answer or otherwise respond to the amended complaint in this wrongful death and survival action. Plaintiff filed the original complaint alleging medical malpractice on July 8, 2005 and an amended complaint, adding a count for spoliation of evidence, on August 15, 2005. Pursuant to the rules of civil procedure, an answer to the amended complaint is due on September 19, 2005.

Plaintiff William Settles is the father of Selena Settles, decedent, and the personal representative of her estate. Selena Settles died on September 28, 2003, of hypertensive heart disease. At the time of her death, she delivered a male infant by Cesarian section who survives. Selena Settles had received prenatal care from Earl Nicholas, M.D. at Unity Health Care, Inc. ("Unity") in southwest Washington. Mr. Settles claims that his daughter died as a result of medical malpractice by Dr. Nicholas and Unity Health Care, Inc. Dr. Nicholas is no longer employed by Unity but at the

time of the alleged incident he was deemed to be a federal employee for purposes of the Federal Tort Claims Act pursuant to section 224(h) of the Public Health Service Act, 42 U.S.C. §233(h), as amended by, the Federally Supported Health Centers Assistance Act of 1995 (Public Law 104-73). Accordingly, Plaintiff's exclusive remedy for medical malpractice is under the Federal Tort Claims Act.

The grounds for the motion are that due to the substantial number of interested parties and the complexity of the issues, undersigned counsel Charlotte A. Abel has had insufficient time in which to confer with her client, investigate the factual allegations in the complaint, and determine the applicable defenses to this lawsuit. At this time, she does not have sufficient information to be able to fairly meet the substance of the allegations in the amended complaint. Accordingly, defendant moves for an extension of time, until and including, October 4, 2005, in which to answer or otherwise respond to the amended complaint.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Undersigned counsel sought consent to this motion from opposing counsel by leaving a telephone message at his place of business on September 15, 2005. No response has been received at the time of filing.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


_____
R. CRAIG LAWRENCE
D.C. Bar No. 171538
Assistant United States Attorney



_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332