UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM SETTLES,**
as Personal Representative of the
Estate of Selena Settles and as
Next of Kin**,**                              )
4922 4th Street, N.W.                        )
Washington, D.C.  20011                      )
                                             )
                                             )
                   Plaintiff,                )
                                             )
        v.                                   )   Civil Action No. 05-1361 (JR)
                                             )
                                             )
**UNITED STATES OF AMERICA,**                )
c/o Alberto Gonzales, Attorney General       )
United States Department of Justice          )
950 Pennsylvania Ave., N.W.                  )
Washington, D.C. 20530                       )
                                             )
                                             )
                   Defendant.                )

# NOTICE

**THE CLERK OF THIS COURT** will please note that Plaintiff consents to Defendant's motion to extend time to answer or otherwise respond to the complaint until and including October 4, 2005.

Respectfully submitted,

_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4410
Washington, D.C.  20530
(202) 307-2332