**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM SETTLES | ) | |
| *Plaintiff,* | ) | Civil Action No.: 05-1361 (JR) |
| v. | ) | |
| UNITED STATES OF AMERICA | ) | |
| *Defendant.* | ) | |
| | ) | |

**SCHEDULING ORDER**

Upon consideration of the parties' Local Rule 16.3 (d) Report, it is this _____ day of _____, 2006, **HEREBY ORDERED** that the scheduling order in the above-captioned case be as follows:

| | |
|---|---|
| Deadline for 26(a) (1) Initial Disclosures | 01/23/06 |
| Deadline for Plaintiff's Expert Identification | 06/10/06 |
| Deadline for Defendant's Expert Identification | 08/10/06 |
| Deadline for Plaintiff's Rebuttal Experts | 09/10/06 |
| Close of Discovery | 11/10/06 |
| Deadline to Join Additional Parties and/or Amend Pleadings | 11/10/06 |
| Status Conference | To be set by the Court |
| Deadline to finish ADR | 12/10/06 |
| Deadline to Submit Dispositive Motions | 30 days after close of ADR |
| Deadline to Submit Responses to Dispositive Motions | 15 days thereafter |

| | |
|---|---|
| Deadline to Submit Replies to Dispositive Motions | 15 days thereafter |
| Pretrial Conference | Following ruling on Dispositive Motions |
| Trial | March 19, 2007 |

_____
Hon. James Robertson
U.S. District Judge

Copies to:

Thomas C. Cardaro, Esq.
Jeffrey L. Peek, Esq.
**_Cardaro & Peek, L.L.C._**
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201

Kenneth L. Wainstein, United States Attorney
Charlotte A. Abel, Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530