UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM SETTLES,                         :
                                         :
       Plaintiff,                       :
                                         :
  v.                                     : Civil Action No. 05-1361 (JR)
                                         :
UNITED STATES OF AMERICA,                :
                                         :
       Defendant.                       :

## SCHEDULING ORDER

After an initial scheduling conference held in chambers on January 18, 2006, it is

**ORDERED** that the parties proceed with their plan of conducting limited discovery (plaintiff to depose treating physician by early March and provide a list of experts to defendant by early April). A further status conference will be held on **April 27, 2006 at 4:30 p.m.**, at which other discovery, further scheduling, and a possible referral to Alternative Dispute Resolution will be considered.

                                          JAMES ROBERTSON
                             United States District Judge