UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM SETTLES, | : |
| Plaintiff, | : Civil Action No.: 05-1361 (JR) |
| | : Next Court Deadline: |
| v. | : Status Report 07/26/06 |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

**JOINT STATUS REPORT**

Plaintiff and Defendant, by counsel, submit this Joint Status Report pursuant to this Honorable Court's April 28, 2006 Minute Order, and state as follows:

1. This is a complex medical malpractice case involving the death of Selena Settles on September 28, 2003 at age twenty-nine (29). Plaintiff alleges that in early 2003, Selena Settles became pregnant with her fourth child, Ronnelle Farrington, and received prenatal care from the Defendant at Unity Health Care Southwest Health Center, 850 Delaware Avenue, S.W. Plaintiff alleges, inter alia, that the Defendant negligently failed to timely and appropriately diagnose and treat Ms. Settles' hypertensive heart disease which resulted in her death. Defendant alleges that Selina Settles' obstetrician, Dr. Nicholas, and her midwife, Teresa Marchese, provided excellent prenatal care to Selina, she showed no signs or symptoms of heart disease, and the course of her pregnancy was unremarkable. Selena's death was unrelated to her pregnancy and to her prenatal care. Selena Settles' medical records are unavailable. Plaintiff alleges spoliation of records.

2. On November 2, 2005, Plaintiff provided Defendant Plaintiff's Rule 26 (a) (1) Initial Disclosure which included, inter alia, a preliminary list of individuals likely to have

discoverable information regarding this case and copies of medical records currently in the possession of the Plaintiff.

3. On January 18, 2006, an initial scheduling conference was held in which this Honorable Court ordered the parties to conduct limited discovery. Pursuant to the initial scheduling order, Plaintiff deposed the decedent's treating obstetrician and treating nurse midwife. Additionally, by letter dated April 3, 2006, the Plaintiff provided Defendant a preliminary list of Plaintiff's experts, their area of specialty and a brief description of their anticipated testimony.

4. Thereafter, the Plaintiff provided Defendant Plaintiff's expert economic loss damages report.

5. Given the posture of this case, the parties respectfully request this Honorable Court to refer this case to a United States Magistrate Judge to conduct a settlement conference.

6. Defendant intends to file a motion for summary judgment on or before December 22, 2006.

7. The parties request a trial date in March, 2007.

8. The parties agree to continue discovery indefinitely.

Respectfully submitted,

_____/s/_____
Thomas C. Cardaro (#418330)
Jeffrey L. Peek (#470442)
**Cardaro & Peek, L.L.C.**
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201
**Attorneys for Plaintiff**

/s/
KENNETH L. WAINSTEIN
United States Attorney


/s/
Charlotte A. Abel, Esq.
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
**Attorneys for Defendant**