**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
WILLIAM SETTLES,                     :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :  Civil Action No. 05-1361 (JR)
                                     :
UNITED STATES OF AMERICA,            :
                                     :
          Defendant.                 :
```

**ORDER REFERRING TO MAGISTRATE JUDGE**

Upon a review of the docket, it appears that the parties' request for referral to a magistrate judge, filed July 26, 2006, was overlooked by the undersigned judge. That request will now be granted, and this case is referred for assignment to a magistrate judge to conduct mediation.


                              JAMES ROBERTSON
                         United States District Judge