**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLEM SETTLES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1361 (JR) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER

Upon consent of the parties, the mediation referral to a magistrate judge [10] is **vacated**, and the dates for the completion of discovery and submission of dispositive motions [1/5/07 minute entry) are **extended for 30 days**. The trial date of 6/26/07 is unchanged. It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge