**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
WILLIAM SETTLES,                  :
                                  :
        Plaintiff,                :
                                  :
    v.                            :  Civil Action No. 05-1361 (JR)
                                  :
UNITED STATES OF AMERICA,         :
                                  :
        Defendant.                :
```

### REVISED ORDER

This is a revision of the order entered 3/23/07 [11]. Upon consent of the parties, the mediation referral to a magistrate judge [10] is **vacated**, and the dates for the exchange of expert reports and submission of dispositive motions [1/5/07 minute entry) are **extended for 30 days**. The trial date of 6/26/07 is unchanged. It is **SO ORDERED**.


                                    JAMES ROBERTSON
                                    United States District Judge