UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM SETTLES,                :
                                :
        Plaintiff,              :
                                :
    v.                          :  Civil Action No. 05-1361 (JR)
                                :
UNITED STATES OF AMERICA,       :
                                :
        Defendant.              :

**NOTICE TO COUNSEL**

      Because of the scheduled Circuit Judges' Conference June 27-29, it is necessary to re-set the trial of this case. The best date for the Court would be June 19, 2007. Because that date is earlier than the date originally set for trial, I will adjust it as necessary to suit the convenience of counsel. Please contact my courtroom deputy, Al Richburg (202-354-3182), if you <u>cannot</u> proceed to trial on June 19. If no objection is heard by April 30, the new trial setting will be docketed.

                                                  JAMES ROBERTSON
                               United States District Judge