UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM SETTLES, | : Civil Action No.: 05-1361 (JR) |
| Plaintiff, | : Next Court Deadline: 3/6/08 |
| | : Final Pretrial Conference |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER

Upon consideration of the Plaintiffs' Motion <u>In Limine</u> To Preclude Defendant from Introducing Evidence Not Disclosed in Accordance with Fed. R. Civ. P. 26(a) and Discovery Requests, and any Opposition filed thereto, it is _____ day of _____, 2008, hereby

**ORDERED** that the Motion be, and same hereby is **GRANTED**; and it is further

**ORDERED** that the Defendant is precluded from introducing at trial expert and fact evidence, including witnesses, documents and other tangible things, which were not disclosed pursuant to Rule 26(a)(1) and (2), and the Plaintiff's discovery requests.

_____
The Honorable James Robertson
U.S. District Judge

Copies to:

Thomas C. Cardaro, Esq.
Jeffrey L. Peek, Esq.
C. Drew Fritch, Esq.
*Cardaro & Peek, L.L.C.*
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201

Charlotte A. Abel, Esq.
555 4th St., N.W.
Washington, D.C. 20530