UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM SETTLES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 05-1361 (JR) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

The Clerk Of The Court will please enter the appearance of Assistant United States Attorney, Marian L. Borum as additional counsel for the defendant in the above-captioned case.

          /s/
    MARIAN L. BORUM, D.C. Bar# 435409
    Assistant United States Attorney
    Civil Division
    555 4th Street, NW
    Washington, DC 20530
    (202) 514-6531

Dated: March 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of March, 2008, a copy of the foregoing Notice of Appearance was made, through the Court's Electronic Filing System, to plaintiff's counsel as follows:

> Thomas C. Cardaro
> Jeffrey L. Peek
> Cardaro & Peek, L.L.C.
> 201 North Charles Street
> Suite 2100
> Baltimore, Maryland 21201
> Attorneys for Plaintiff

/s/
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney