UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM SETTLES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1361 (JR) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

**ORDER**

The Court was advised on 3/14/08 that this case had settled, but the parties have yet to file a stipulation of dismissal. Counsel will **TAKE NOTICE** that, absent objection received by 4/28/08, this case will be marked settled and dismissed on the docket and closed.

JAMES ROBERTSON
United States District Judge