UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM SETTLES,

  Plaintiff,

v.

UNITED STATES OF AMERICA,

  Defendant.

: Civil Action No.: 05-1361 (JR)
: Next Court Deadline: 4/28/08
: Objection to Entry of Settlement
: and Dismissal on the Clerk's Docket

## PLAINTIFF'S STATUS REPORT AND OBJECTION TO ENTRY OF SETTLEMENT AND DISMISSAL ON THE CLERK'S DOCKET

NOW COMES THE PLAINTIFF, William Settles, as Personal Representative of the Estate of Selena Settles, deceased, and on behalf of the next of kin of Selena Settles, by and through counsel, Thomas C. Cardaro, Jeffrey L. Peek, C. Drew Fritch and Cardaro & Peek, L.L.C., and in accordance with this Honorable Court's April 15, 2008 Order, hereby submits the Plaintiff's Status Report and Objection to Entry of Settlement and Dismissal on the Clerk's Docket, stating as follows:

1. This is a medical malpractice case arising out of the death of Selena Settles on September 28, 2003, as a result of untreated hypertensive heart disease. The Defendant's alleged failure to timely diagnose and treat Ms. Settles' hypertension and preeclampsia caused her death. The Plaintiff, William Settles, is the father of Selena Settles and is the Personal Representative of her estate. The Plaintiff prosecuted a survival and wrongful death action on behalf of the decedent's estate and next of kin, which includes the decedent's four minor children.

2. This case recently settled. Because the settlement involves minor children, D.C. Code § 21-120 (a) requires this Honorable Court's approval of the settlement agreement in

CARDARO & PEEK, LLC
ATTORNEYS AT LAW
01 NORTH CHARLES STREET
SUITE 2100
BALTIMORE, MARYLAND 21201

(410) 752-6166
TELECOPIER
(410) 752-6013

order for the settlement to be valid.

3. Plaintiff's counsel has been diligently working to finalize four structured settlement payment plans (i.e., annuities) for each of the four minor beneficiaries. However, Medicaid has asserted a lien on the settlement proceeds. Plaintiff's counsel disagrees with the lien amount asserted. The four separate structured settlement payment plans cannot be finalized until after the final amount of the Medicaid lien is determined.

4. Plaintiff's counsel anticipates having the amount of the final Medicaid lien determined and the four separate structured settlement plans finalized by the end of May.

5. After the structured settlement plans have been finalized, the Plaintiff will petition this Honorable Court for approval of the proposed settlement agreement.

6. Therefore, the Plaintiff respectfully requests that this Honorable Court delay entry of settlement and dismissal on the Clerk's docket until after this Honorable Court rules upon the Plaintiff's Petition for Approval of Settlement Agreement pursuant to D.C. Code § 21-120 (a).

WHEREFORE, for the reasons set forth above, the Plaintiff respectfully submits this Status Report and Objection to Entry of Settlement and Dismissal on the Clerk's Docket.

Respectfully submitted,

   /s/ Thomas C. Cardaro
Thomas C. Cardaro (#418330)
Jeffrey L. Peek (#470442)
C. Drew Fritch (#485704)
*Cardaro & Peek, L.L.C.*
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201
202-628-7778
*Attorneys for Plaintiff*