**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
WILLIAM SETTLES,                :
                                :
        Plaintiff,               :
                                :
    v.                          : Civil Action No. 05-1361 (JR)
                                :
UNITED STATES OF AMERICA,       :
                                :
        Defendant.               :
```

### ORDER

Upon consideration of plaintiff's status report and objection [21] it is **ORDERED** the order of 4/15/08 [20] is **amended** to provide a new deadline of 6/16/08.

                                            JAMES ROBERTSON
                                        United States District Judge