**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM SETTLES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1361 (JR) |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

**ORDER**

     The Clerk is directed to mark this case settled and dismissed.  For purposes of D.C. Code section 21-120(a), the settlement agreement may be presented to the Court for approval at a later date.  It is **SO ORDERED**.


JAMES ROBERTSON
United States District Judge