UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM SETTLES, :
: Civil Action No.: 05-1361 (JR)
Plaintiff, :
:
v. :
:
UNITED STATES OF AMERICA, :
:
Defendant. :

**PLAINTIFF'S PETITION FOR APPROVAL
OF SETTLEMENT AGREEMENT**

NOW COMES THE PLAINTIFF, William Settles, as Personal Representative of the Estate of Selena Settles, deceased, and on behalf of the next of kin of Selena Settles, by her attorneys, Thomas C. Cardaro, Jeffrey L. Peek and Cardaro & Peek, L.L.C., and moves this Honorable Court for approval of the proposed settlement agreement, stating as follows:

1. This is a medical malpractice case arising out of the death of Selena Settles on September 28, 2003, as a result of untreated hypertensive heart disease. Defendant's alleged failure to timely diagnose and treat Ms. Settles' hypertension and preeclampsia caused her death.

2. At the time of her death, Ms. Settles was a twenty-nine (29) year old single mother providing maternal services (i.e., care, education, training, guidance, advice, support, etc.) to her three minor children: Charnese Settles (DOB 8/10/93), Janiya Settles (DOB 4/27/97), and Ronald L. Farrington (DOB 8/2/2000). Ms. Settles' fourth child, Ronell Farrington (DOB 9/28/2003), was delivered at the time of his mother's death.

CARDARO & PEEK, LLC
ATTORNEYS AT LAW
201 NORTH CHARLES STREET
SUITE 2100
BALTIMORE, MARYLAND 21201

(410) 752-6166
TELECOPIER
(410) 752-6013

3.  William Settles is the father of the decedent and personal representative of the Estate of Selena Settles, deceased. He prosecuted survival and wrongful death actions on behalf of the decedent's estate and next of kin, which include the decedent's four children. The wrongful death action sought compensation for, <u>inter alia</u>, the loss of services that Ms. Settles would have provided to her children but for her death. <u>See</u> <u>District of Columbia v. Hawkins</u>, 782 A.2d 293, 303 (2001) (holding that the children of the decedent are entitled to compensation for the loss of maternal services); DC Standardized Civil Jury Instruction No. 14-5, Wrongful Death Act Damages (stating that a jury should "set a dollar amount on the reasonable value of any services that the deceased would have provided to each beneficiary over their joint life expectancies").

4.  During and after discovery, the parties discussed a potential settlement agreement and attempted on two occasions to mediate a settlement of the case with the Honorable Deborah A. Robinson, Magistrate Judge. Ultimately, after private mediation and on the eve of trial, the parties reached a global settlement agreement which resolved both the survival and wrongful death actions. William Settles as the personal representative of the estate of Selena Settles has the authority, pursuant to D.C. Code §21-120, to settle this claim on behalf of the decedent's estate and on behalf of the decedent's next of kin.

5.  The settlement agreement reached between the parties is for the present value amount of $985,000.00 (Nine Hundred Eighty Five Thousand Dollars). The proposed terms of the agreement are as follows:

    a.  $677,728.04 (Six Hundred Seventy Seven Thousand Seven Hundred Twenty Eight Dollars and Four Cents) present value as compensation for the

wrongful death claim to the decedent's four minor children, to be divided equally and used to purchase four structured settlement annuities that will begin payment when each child reaches the age of 18; and more specifically as follows:

    1)    $169,432.01 (One Hundred Sixty Nine Thousand Four Hundred Thirty-Two Dollars and One Cent) present value amount to Charnese Settles for her wrongful death claim. Defendant will pay to Plaintiff's designated insurance company funds to purchase a structured settlement annuity[1] at a cost of $169,432.01, which will pay Charnese Settles the payments set forth in Exhibit A.

    2)    $169,432.01 (One Hundred Sixty Nine Thousand Four Hundred Thirty-Two Dollars and One Cent) present value amount to Janiya Settles for her wrongful death claim. Defendant will pay to Plaintiff's designated insurance company funds to purchase a structured settlement annuity at a cost of $169,432.01, which will pay Janiya Settles the payments set forth in Exhibit A.

    3)    $169,432.01 (One Hundred Sixty Nine Thousand Four Hundred Thirty-Two Dollars and One Cent) present value amount to Ronald L. Farrington for his wrongful death claim. Defendant will pay to Plaintiff's designated insurance company funds to purchase a structured settlement annuity at a cost of $169,432.01, which will pay Ronald L. Farrington the payments set forth in Exhibit A.

---

[1] The annuity for each child will be purchased from an insurance company, which has a rating of "A+" or better from A.M. Best. The payments reflected in Exhibit A are dependent upon the date of funding so there may be some variation in the actual payments depending upon when the annuities are purchased. The present value cost of each annuity, however, will remain the same.

*1873Petition for Approval*        3

    4) $169,432.01 (One Hundred Sixty Nine Thousand Four Hundred Thirty-Two Dollars and One Cent) present value amount to Ronell Farrington for his wrongful death claim. Defendant will pay to Plaintiff's designated insurance company funds to purchase a structured settlement annuity at a cost of $169,432.01 which will pay Ronell Farrington the payments set forth in Exhibit A.

  b. Legal fee to Plaintiff's counsel (twenty-five percent of present value of settlement), $246,250.00 (Two Hundred Forty-Six Thousand Two Hundred Fifty Dollars).

  c. Repayment of litigation expenses of $45,004.61[2] (Forty-Five Thousand Four Dollars and Sixty-One Cents) to Plaintiff's counsel.

  d. $10,000.00 (Ten Thousand Dollars) to William Settles for his services as Personal Representative of the Estate of Selena Settles.

  e. $6,017.35 (Six Thousand Seventeen Dollars and Thirty-Five Cents) to the District of Columbia Government for Medicaid benefits paid for medical services rendered to the decedent prior to her death.

  f. A total of $19,385.35 (Nineteen Thousand Three Hundred Eighty-Five Dollars and Thirty-Five Cents) is allocated to the estate of Selena Settles and will be used to pay $10,000.00 (Ten Thousand Dollars) to William Settles, $3,368.00 (Three Thousand Three Hundred Sixty-Eight Dollars) to Charles Gormly, Esquire and $6,017.35 (Six Thousand Seventeen Dollars and Thirty-Five Cents) to the District of Columbia Government to repay Medicaid benefits as described above.

---

[2] This sum includes payment of $3,368.00 in fees and expenses to the estate attorney for opening and closing the estate of Selena Settles.

6. The undersigned William Settles consents to the distribution of the settlement proceeds as described herein. All parents and legal custodians also consent to the distribution of the settlement proceeds to the decedent's children as outlined herein. All agree that the proposed settlement agreement and the distribution of the settlement proceeds are fair and equitable to, and in the best interest of, Selena Settles' children.

7. Because the proposed settlement involves minors, D.C. Code § 21-120 (a) requires this Honorable Court's approval of the settlement agreement in order for the settlement to be valid.

8. Counsel for the Defendant takes no position on the proposed settlement agreement.

9. The undersigned is satisfied with the terms of the settlement and with the efforts of Plaintiff's counsel. The Plaintiff, on behalf of the decedent's estate and next of kin, respectfully requests that this Honorable Court grant this Petition.

WHEREFORE, for the reasons set forth above, it is respectfully requested that this Honorable Court grant this Petition. An Order for the relief requested is attached hereto.

I ASK THE COURT TO GRANT THIS PETITION AND DO SO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*William Settles* [signature]
William Settles, Personal Representative of the Estate of Selena Settles, Deceased, and on Behalf of the Next of Kin of Selena Settles

Respectfully submitted,

*Thomas C. Cardaro* [signature]
Thomas C. Cardaro (#418330)
Jeffrey L. Peek  (#470442)
**Cardaro & Peek, L.L.C.**
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201
(202) 628-7778
***Attorneys for Plaintiff***