Structured Settlements Proposal

# Option 1 Annuity Funding $169,432.01

Prepared by: Jack Caddy

Purchase Date: 09-01-2008

| | Guaranteed Payments | Projected Payments |
|---|---|---|
| **CHARNESE SETTLES**<br>Female DOB: 08-10-1993 Age 15 | | |
| $8,000.00 Annually beginning 08-10-2011<br>For 4 years certain<br>Guaranteed payments through 08-10-2014 | $32,000.00 | $32,000.00 |
| Guaranteed Lump Sum: $50,000.00 on 08-10-2017 | $50,000.00 | $50,000.00 |
| Guaranteed Lump Sum: $100,000.00 on 08-10-2020 | $100,000.00 | $100,000.00 |
| Guaranteed Lump Sum: $135,372.34 on 08-10-2023 | $135,372.34 | $135,372.34 |
| | **Guaranteed Payments** | **Projected Payments** |
| Totals | $317,372.34 | $317,372.34 |



PLAINTIFF'S EXHIBIT A

Structured Settlements Proposal

# Option 2 Annuity Funding $169,432.01

Prepared by: Jack Caddy

Purchase Date: 09-01-2008

| | Guaranteed Payments | Projected Payments |
|---|---|---|
| **JANIYA SETTLES**<br>Female DOB: 04-27-1997 Age 11 | | |
| $10,000.00 Annually beginning 04-27-2015<br>For 4 years certain<br>Guaranteed payments through 04-27-2018 | $40,000.00 | $40,000.00 |
| Guaranteed Lump Sum: $75,000.00 on 04-27-2022 | $75,000.00 | $75,000.00 |
| Guaranteed Lump Sum: $100,000.00 on 04-27-2027 | $100,000.00 | $100,000.00 |
| Guaranteed Lump Sum: $150,000.00 on 04-27-2032 | $150,000.00 | $150,000.00 |
| Guaranteed Lump Sum: $223,528.73 on 04-27-2037 | $223,528.73 | $223,528.73 |

| | Guaranteed Payments | Projected Payments |
|---|---|---|
| Totals | $588,528.73 | $588,528.73 |

Structured Settlements Proposal

# Option 1 Annuity Funding $169,432.01

Prepared by: Jack Caddy

Purchase Date: 09-01-2008

| | Guaranteed Payments | Projected Payments |
|---|---|---|
| RONALD FARRINGTON<br>Male DOB: 08-03-2000 Age 8 | | |
| $12,000.00 Annually beginning 08-03-2018<br>For 4 years certain<br>Guaranteed payments through 08-03-2021 | $48,000.00 | $48,000.00 |
| Guaranteed Lump Sum: $75,000.00 on 08-03-2024 | $75,000.00 | $75,000.00 |
| Guaranteed Lump Sum: $135,000.00 on 08-03-2027 | $135,000.00 | $135,000.00 |
| Guaranteed Lump Sum: $259,346.70 on 08-03-2030 | $259,346.70 | $259,346.70 |
| | **Guaranteed Payments** | **Projected Payments** |
| Totals | $517,346.70 | $517,346.70 |

Structured Settlements Proposal

## Option 1 Annuity Funding $169,432.01

Prepared by: Jack Caddy

Purchase Date: 09-01-2008

| | Guaranteed Payments | Projected Payments |
|---|---|---|
| RONELL FARRINGTON<br>Male DOB: 09-28-2003 Age 5 | | |
| $14,000.00 Annually beginning 09-28-2021<br>For 4 years certain<br>Guaranteed payments through 09-28-2024 | $56,000.00 | $56,000.00 |
| Guaranteed Lump Sum: $100,000.00 on 09-28-2021 | $100,000.00 | $100,000.00 |
| Guaranteed Lump Sum: $175,000.00 on 09-28-2030 | $175,000.00 | $175,000.00 |
| Guaranteed Lump Sum: $229,373.02 on 09-28-2033 | $229,373.02 | $229,373.02 |
| | **Guaranteed Payments** | **Projected Payments** |
| Totals | $560,373.02 | $560,373.02 |