UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM SETTLES, )<br>)<br>     Plaintiff, )<br>)<br>     v. )<br>)<br>UNITED STATES OF AMERICA, )<br> c/o United States Attorneys Office )<br>  555 4th Street, N.W. )<br>  Washington, D.C. 20530 )<br>)<br>     Defendant. )<br>_____) | Civil Action No. 05-1361 (JR) |

RESPONSE TO
MOTION TO APPROVE SETTLEMENT

Before the plaintiff filed his Motion to Approve Settlement [Dk. # 24], the parties conferred regarding its terms. Defendant proposed certain changes and additions to the language of the draft motion. Although the plaintiff incorporated some of the changes, he did not incorporate all of the changes but still stated in the body of the motion that the defendant took no position. The latter representation is not completely correct as Defendant's lack of opposition is conditioned upon inclusion of the following paragraph, or similar language acceptable to the defendant, into the final settlement agreement between the parties:

> Defendant's only obligation with respect to said structured settlement annuity contracts and any annuity payments therefrom is to wire the aggregate amount of $677,728.04 (six hundred seventy seven thousand, seven hundred twenty eight dollars and four cents) to the insurance company designated by Plaintiff for the purchase of the structured settlement annuities. Defendant will not guarantee or insure any of the annuity payments, and shall be released from any and all obligations with respect to the annuity contracts and annuity payments upon the purchase of the annuity contracts. The unavailability of one or more of the structured settlement annuities herein shall not be grounds to void or renegotiate the settlement of this case for an aggregate payment by Defendant in the present value amount of $985,000.00.

Plaintiff has represented, and defendant relies upon the representation, that this paragraph or similar language, will be included in a final Settlement Agreement between the parties that has yet to be presented by the parties to the Court.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332