UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM SETTLES, | : |
| Plaintiff, | : Civil Action No.: 05-1361 (JR) |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

**FILED**
JUL 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Plaintiff's Petition for Approval of Settlement Agreement, it is this _9th_ day of _July_, 2008,

**ORDERED**, that the Petition be and hereby is **GRANTED**, and it is further,

**ORDERED**, that the Plaintiff's Proposed Settlement Agreement is hereby approved by this Honorable Court.

_____
James Robertson, U.S. District Judge

Copies to:
Thomas C. Cardaro, Esq.
Jeffrey L. Peek, Esq.
***Cardaro & Peek, L.L.C.***
201 North Charles Street, Suite 2100
Baltimore, Maryland 21201

Charlotte A. Abel, Esquire
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

CARDARO & PEEK, LLC
ATTORNEYS AT LAW
201 NORTH CHARLES STREET
SUITE 2100
BALTIMORE, MARYLAND 21201

(410) 752-6166
TELECOPIER
(410) 752-6013

